**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Velazquez,<br><br>    Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>    Respondents. | No. CIV 07-1044-PHX-CKJ<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

Before the Court is Petitioner's Motion Requesting Copy of Entry of Judgment. The motion states that "[u]pon information and belief, a judgment has been entered" in this matter and that Petitioner has not received a copy of said judgment. (Dkt. 7 at 1.) The motion further requests that copies of any pertinent orders be provided forthwith. (*Id.*)

A review of the Court's docket indicates that the Court's memorandum order dismissing this action was signed on July 27, 2007, and docketed on July 30, 2007. The Judgment Order formally dismissing this action was signed on August 2, 2007, and docketed on August 6, 2007. The docket further indicates that the Clerk of Court mailed a copy of the Judgment Order to Petitioner on August 7, 2007. The instant motion was filed on August 8, 2007, only one day after this mailing. The Court therefore presumes that Petitioner has by now received the Judgment Order. The docket does not indicate, however, whether the Clerk mailed to Petitioner a copy of the Court's memorandum decision of July 27, 2007. Out of

1 an abundance of caution, the Court will grant Petitioner's motion and direct the Clerk to send
2 Petitioner an additional copy of the Court's orders in this matter.

3 Accordingly,

4 **IT IS ORDERED** that Petitioner's Motion Requesting Copy of Entry of Judgment
5 (Dkt. 7) is **GRANTED**.

6 **IT IS FURTHER ORDERED** that the Clerk of Court shall immediately mail a copy
7 of the Court's orders of July 27, 2007 (Dkt. 5) and August 2, 2007 (Dkt. 6) to Petitioner.

8 DATED this 27th day of August, 2007.

Cindy K. Jorgenson
United States District Judge

- 2 -