**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Velazquez,<br><br>    Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>    Respondents. | No. CIV 07-1044-PHX-CKJ<br><br>DEATH PENALTY CASE<br><br><br>**ORDER** |

Before the Court is Petitioner's motion requesting an extension of time to file a motion for reconsideration, a notice of appeal, and a request for a Certificate of Appealability. (Dkt. 8.)

Motion for Reconsideration

A motion to alter or amend a judgment under Federal Rule of Civil Procedure 59(e) must be filed "no later than 10 days after entry of the judgment." Fed. R. Civ. P. 59. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, a district court "may not extend the time for taking any action under Rules . . . 59(b), (d), and (e) . . . except to the extent and under the conditions stated in them." *See Tillman v. Ass'n. of Apartment Owners of Ewa Apartments*, 234 F.3d 1087 (9th Cir. 2000). Rule 59 contains no exceptions to the ten-day filing deadline. Accordingly, Petitioner's request for an extension of time to file a motion for reconsideration of the Court's order dismissing his petition without prejudice is

denied. The Court further notes that, because judgment in this matter was entered on August 6, 2007, the time for filing a motion under Rule 59 has expired.

Notice of Appeal

Under Federal Rule of Appellate Procedure 4(a) ("FRAP"), a Notice of Appeal ("NOA") must be filed within 30 days after the entry of judgment or an order disposing of a motion to alter or amend judgment under Rule 59. Fed. R. App. P. 4(a)(1)(A). A district court may extend this time for an additional 30 days or 10 days after the date an ordered granting such a motion is entered, whichever is later. Fed. R. Civ. P. 4(a)(5)(C). As relevant here, if the request for additional time is filed prior to expiration of the time prescribed in Rule 4(a)(1), the moving party need only show good cause for the requested extension. *See* Fed. R. Civ. P. 4(a)(5), Advisory Comment Notes to 1979 Amendment.

As already noted, judgment in this matter was entered on August 6, 2007. The instant motion was filed on August 27, 2007, prior to expiration of the time under FRAP 4(a)(1). As cause for the requested extension, Petitioner asserts he did not receive timely notice of the Court's orders. As explained in the Court's order of August 28, 2007, in response to Petitioner's request for copies of the Court's order and judgment, the docket does not indicate whether the Clerk mailed to Petitioner a copy of the Court's memorandum decision of July 27, 2007, dismissing his petition. The Court therefore finds good cause for extending the time to file a notice of appeal by an additional thirty days. Fed. R. Civ. P. 4(a)(5)(C).

Certificate of Appealability

Rule 22(b) of the Federal Rules of Appellate Procedure provides that when an appeal is taken by a petitioner, the district judge who rendered the judgment "shall" either issue a certificate of appealability ("COA") or state the reasons why such a certificate should not issue. Petitioner requests an extension of time to file a request for a certificate of appealability.

Pursuant to 28 U.S.C. § 2253(c)(2), a COA may issue only when the petitioner "has made a substantial showing of the denial of a constitutional right." For procedural rulings such as that entered in this matter, a COA will issue only if reasonable jurists could debate


whether the petition states a valid claim of the denial of a constitutional right and whether the court's procedural ruling was correct. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

The Court finds, for the reasons stated in its July 27, 2007 order (Dkt. 5), that reasonable jurists could not debate its resolution of Petitioner's premature habeas application. Therefore, the Court declines to issue a COA and denies Petitioner's request for additional time to file a request for a COA.

Based on the foregoing,

**IT IS ORDERED** that Petitioner's request for an extension of time to file a motion for reconsideration (Dkt. 8) is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's request for an extension of time to file is a Notice of Appeal (Dkt. 8) is **GRANTED**. Pursuant to FRAP 4(a)(5)(C), the Court grants Petitioner an additional thirty days beyond the thirty days provided in FRAP 4(a)(1)(A) for the filing of a Notice of Appeal.

**IT IS FURTHER ORDERED** that Petitioner's request for an extension of time to file a request for a Certificate of Appealability is **DENIED**.

**IT IS FURTHER ORDERED** denying a Certificate of Appealability.

DATED this 29th day of August, 2007.

_____
Cindy K. Jorgenson
United States District Judge